LANSING H. KEELER, as Administrator of the Estate of LANSING J. KEELER, Deceased, Appellant, *v.* LONG ISLAND RAIL ROAD COMPANY, Respondent.

Argued October 13, 1948; reargument ordered January 13, 1949.

Reargument ordered and case set down for reargument during the next session.